Certificate Number: 01401-NYS-DE-030537558

Bankruptcy Case Number: 18-10277


01401-NYS-DE-030537558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2018, at 10:37 o'clock AM EST, Jo Ann McLaughlin completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: February 7, 2018

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager